UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
**Case Number:  21-24050-CIV-MARTINEZ-BECERRA**

MISAEL CABRERA RUIZ,

     Plaintiff,

v.

ATLAS PILES, LLC, HAMMER TIME
BUILDERS INC., AC REAL ESTATE
INVESTMENTS INC CARBAJAL
INVESTMENTS 1, INC., REINALDO AQUIT,
and ALBERTO CARBAJAL,

     Defendants.

_____/

### <u>ORDER ON NOTICE OF SETTLEMENT</u>

THIS CAUSE came before the Court upon Judge Becerra's February 15, 2022, Paperless Minute Entry ("Minutes").  (ECF No. 40).  The Minutes state that Judge Becerra conducted a settlement conference on February 15, 2022, and the case settled.  (*Id.*).  Accordingly, it is **ORDERED AND ADJUDGED**:

1.     The parties shall file either a Notice of Dismissal (if the Defendant has not served an answer or motion for summary judgment) or a Stipulation of Dismissal (signed by all parties who have appeared in this action), **which must be filed with the Clerk of the Court**; a proposed Order of Dismissal or Final Judgment; and any other documents necessary to conclude this action **on or before <u>March 16, 2022</u>**.  *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272, 1280 (11th Cir. 2012).

2.     If the parties fail to comply with this Order, the Court shall <u>dismiss</u> this case without prejudice and without any further warning.

3.     The Clerk is **DIRECTED** to **DENY ALL PENDING MOTIONS AS MOOT**.

4.     The Clerk shall **ADMINISTRATIVELY CLOSE** this case for statistical purposes only.  This shall not affect the substantive rights of the parties.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 16th day of February, 2022.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Becerra
All Counsel of Record